478 A.2d 55

Commonwealth v. Cheatham, Appellant.

Submitted March 5, 1984. Vincent M. Lorusso, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

478 A.2d 55

Commonwealth v. Dearmitt, Appellant.

Submitted February 27, 1984. Timothy J. McCormick, for appellant; Thomas A. Himler, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.